**Electronically Filed
Supreme Court
SCWC-29519
17-APR-2012
09:32 AM**

NO. SCWC-29519

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

TIMOTHY S. KAKALIA, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29519; S.P.P. NO. 08-1-0233
(CR. NOS. 56128, 93-1006, and 94-2234))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ., and
Circuit Judge Nishimura, in place of Duffy, J., recused)

Petitioner/Petitioner-Appellant Timothy S. Kalakia's

application for writ of certiorari filed on March 5, 2012, is

hereby rejected.

DATED: Honolulu, Hawai'i, April 17, 2012.

Richard D. Gronna, for
petitioner/petitioner-
appellant on the
application

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Rhonda A. Nishimura

